# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00401-CV

**Appellants, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen// Cross-Appellants, Dana Martin and Friendship Homes & Hangars, LLC**

**v.**

**Appellees, Friendship Homes & Hangars, LLC; Windermere Oaks Water Supply Corporation; Former and Current Directors Dana Martin, William Earnest, Thomas Michael Madden Robert Mebane, Joe Gimenez, Mike Nelson, David Bertino, Norman Morse, in their Official Capacities; and Johann Mair and Michael Mair// Cross-Appellees, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen**

---

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY,
### NO. 48292, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants/cross-appellees Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen; appellees/cross-appellants Dana Martin and Friendship Homes & Hangars, LLC; and appellees Windermere Oaks Water Supply Corporation, William Earnest, Thomas Michael Madden Robert Mebane, Joe Gimenez, Mike Nelson, David Bertino, and Norman Morse have filed a joint unopposed motion to abate this appeal for thirty days while the parties finalize the terms of the proposed settlement. On or before November 6, 2023, the parties shall submit either a motion to dismiss, a joint status report concerning the status of settlement negotiations, or a motion to reinstate. This appeal will remain abated until further order from this Court.

Before Justices Baker, Triana, and Smith

Abated

Filed:   October 17, 2023